PROB 22
(Rev. 01/24)

**DOCKET NUMBER** *(Tran. Court)*
3:20-CR-30017-MGM-1

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Rec. Court)*
2:25-cr-00217-CDS-DJA-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ross Lopata<br>District of Nevada | Massachusetts | |
| | **NAME OF SENTENCING JUDGE**<br>Honorable Mark G. Mastroianni | |

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
07/22/2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| DATES OF PROBATION/SUPERVISED RELEASE | FROM 9/13/2024 | TO 9/12/2029 |
|---|---|---|

**OFFENSE**

Count (1-4): Receipt of Child Pornography, in violation of Title 18 U.S.C. §§ 2252A(a)(2)(A)(b)(1);
Count 5: Possession of Child Pornography, in violation of 18 U.S.C. 2252A(a)(5)(B) and (b)(2).

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

As Mr. Lopata does not intend on moving back to Massachusetts and to expeditiously address any matters that require Court attention, the District of Nevada respectfully requests that the District of Massachusetts transfer jurisdiction of Mr. Lopata's case to the District of Nevada.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____  DISTRICT OF  Massachusetts

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Nevada  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/16/25
*Date*

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 28, 2025
*Effective Date*

*[signature]*
Cristina D. Silva, United States District Judge